IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TONY GRIFFIN     PLAINTIFF

v.     Civil No. 1:17-cv-01035

JUSTIN STEWART, Parole     DEFENDANT
Officer, Magnolia, Arkansas

## JUDGMENT

This is a civil rights action filed by the Plaintiff Tony Griffin pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se*.

When he filed this action, Plaintiff was incarcerated in the Arkansas Department of Correction, North Central Unit. Plaintiff failed to include with his *in forma pauperis* (IFP) application a prison account statement. He was given until June 13, 2017, to either provide the statement or pay the filing fee (ECF No. 3). If he failed to comply with the order, Plaintiff was told the case would become subject to summary dismissal.

Plaintiff was also advised that he had the obligation to immediately notify the Court of any changes in his address (ECF No. 3). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to promptly notify the Clerk and other parties of any change is his address, to monitor the case, and to prosecute or defend the action diligently.

On June 22, 2017, a show cause order was entered (ECF No. 6). Plaintiff was given until July 10, 2017, to show cause why the case should not be dismissed based on his failure to comply with the court order (ECF No. 3). On June 27, 2017, the complaint, IFP application, and provisional filing order were returned as undeliverable unable to forward. On June 30, 2017, the show cause order was returned as undeliverable with a notation that the Plaintiff had been paroled.

The Court has not had a valid address for the Plaintiff since June 2017. Plaintiff has not provided the Court with his new address. Plaintiff has not communicated with the Court in anyway.

IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE based on Plaintiff's failure to prosecute this case, his failure to obey the order of the Court, and his failure to comply with Local Rule 5.5(c)(2). Fed. R. Civ. P. 41(b).

**IT IS SO ADJUDGED** this 3rd day of August 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge